IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRED MARSHALL DAVIS, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-2380 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the Court's *Memorandum Opinion and Order* of even date, this case is **DISMISSED**.

This is a **FINAL JUDGMENT**.

The Clerk is to provide a copy of this order to all parties.

Signed at Houston, Texas, on June 7, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE